**2016–1437.   State v. Armstrong.**
Cuyahoga App. No. 103088, 2016-Ohio-2627. Motion to exceed page limitation denied as moot.